# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: KEVIN MICHAEL CRAIG           CHAPTER 13
       RACHEL LYNN CRAIG             CASE NO.: 1:19-bk-02183
                       DEBTORS

## NOTICE OF ENTRY OF APPEARANCE

      Kindly enter my appearance on behalf of Debtors Kevin Michael Craig and Rachel Lynn Craig for the above referenced case.

                                                                **By: *Nicholas G. Platt***
                                                               Nicholas G. Platt 327239
                                                               MOONEY LAW
                                                               230 York Street
                                                               Hanover, PA 17331
                                                               ngp@mooney4law.com
                                                               (717) 632-4656 Phone
                                                               (717) 632-3612 Fax

Dated: June 29, 2021