**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:  KEVIN MICHAEL CRAIG             CHAPTER 13
        RACHEL LYNN CRAIG             CASE NO.: 1:19-bk-01283
                   DEBTORS

**NOTICE OF ENTRY OF APPEARANCE**

    Kindly enter my appearance on behalf of Debtors Kevin Michael Craig and Rachel Lynn Craig for the above referenced case.

                                      **By:** *Nicholas G. Platt*
                                        Nicholas G. Platt 327239
                                        MOONEY LAW
                                        230 York Street
                                        Hanover, PA 17331
                                        ngp@mooney4law.com
                                        (717) 632-4656 Phone
                                        (717) 632-3612 Fax

Dated: June 29, 2021