United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-01283-HWV |
| Kevin Michael Craig | Chapter 13 |
| Rachel Lynn Craig | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4
Date Rcvd: May 16, 2024      Form ID: ordsmiss      Total Noticed: 48

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kevin Michael Craig, Rachel Lynn Craig, 2556 Willow Street, York, PA 17406-2342 |
| 5200558 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5178910 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 5208877 | + | MORTGAGE RESEARCH CENTER, LLC, at.al.CENLAR FSB, CENLAR FSB, BK Department, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 5208878 | + | MORTGAGE RESEARCH CENTER, LLC, et.al., CENLAR FSB, BK Department, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 5178913 | + | Martin Foot & Ankle, 2300 Pleasant Valley Rd., York, PA 17402-9627 |
| 5178922 | + | Paul G. Sipe, 1601 South Queen St, York, PA 17403-4630 |
| 5178923 | + | Phelan Hallinan Daimond & Jones LLP, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 5214216 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg PA 17106-9184 |
| 5178929 | | Wellspan Health, PO Box 742641, Cincinati, OH 45274-2641 |
| 5178930 | | Wellspan Health, PO Box 742688, Cincinnati, OH 45274-2688 |
| 5178931 | + | Wyasd Efcu, 1701 West Market Street, York, PA 17404-5465 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | May 16 2024 22:39:00 | BMW Bank of North America, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: PRA.COM | May 16 2024 22:39:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5178902 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 16 2024 18:42:49 | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 5178903 | | Email/Text: bankruptcydepartment@tsico.com | May 16 2024 18:37:00 | Alltran Financial, LP, PO Box 4044, Concord, CA 94524-4044 |
| 5194618 | | EDI: GMACFS.COM | May 16 2024 22:39:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 5178904 | + | EDI: GMACFS.COM | May 16 2024 22:39:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 5181638 | + | EDI: AISACG.COM | May 16 2024 22:39:00 | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5191489 | | EDI: BMW.COM | May 16 2024 22:39:00 | BMW Financial Services NA, LLC, P.O. Box 3608, Dublin, OH 43016 |
| 5178906 | | EDI: BMW.COM | May 16 2024 22:39:00 | Bmw Financial Services, Attn: Bankruptcy Department, Po Box 3608, Dublin, OH 43016 |
| 5178905 | + | EDI: BANKAMER | | |

| Notice # | Type | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5178907 | ^ | MEBN | May 16 2024 22:39:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 5200558 | ^ | MEBN | May 16 2024 18:36:15 | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 5202112 | + | Email/Text: RASEBN@raslg.com | May 16 2024 18:36:19 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5182211 | | EDI: DISCOVER | May 16 2024 18:37:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5178909 | + | EDI: DISCOVER | May 16 2024 22:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5178920 | | Email/Text: bankruptcy@frost-arnett.com | May 16 2024 22:39:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 5178911 | ^ | MEBN | May 16 2024 18:37:00 | NAB, PO Box 198988, Nashville, TN 37219 |
| 5347913 | | Email/Text: Bankruptcy@Freedommortgage.com | May 16 2024 18:36:09 | Financial Recoveries, PO Box 1388, Mt. Laurel, NJ 08054-7388 |
| 5347914 | | Email/Text: Bankruptcy@Freedommortgage.com | May 16 2024 18:37:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| | | | May 16 2024 18:37:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764, Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 5178908 | | EDI: JPMORGANCHASE | May 16 2024 22:39:00 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 5178912 | + | Email/Text: PBNCNotifications@peritusservices.com | May 16 2024 18:37:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 5272293 | | Email/PDF: resurgentbknotifications@resurgent.com | May 16 2024 18:42:52 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5272292 | | Email/PDF: resurgentbknotifications@resurgent.com | May 16 2024 18:42:48 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5186203 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 16 2024 18:42:44 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5178914 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 16 2024 18:42:44 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5178915 | + | Email/Text: bankruptcydpt@mcmcg.com | May 16 2024 18:37:00 | Midland Credit Management, Inc., 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 5178916 | + | Email/Text: bankruptcydpt@mcmcg.com | May 16 2024 18:37:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 5192710 | + | Email/Text: bankruptcydpt@mcmcg.com | May 16 2024 18:37:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5178921 | + | Email/Text: Bankruptcies@nragroup.com | May 16 2024 18:37:00 | National Recovery Agency, PO Box 67015, Harrisburg, PA 17106-7015 |
| 5178924 | | EDI: PRA.COM | May 16 2024 22:39:00 | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 5178925 | | Email/Text: signed.order@pfwattorneys.com | May 16 2024 18:37:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 5202399 | + | Email/Text: bncmail@w-legal.com | May 16 2024 18:37:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 5179659 | + | EDI: PRA.COM | May 16 2024 22:39:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5523737 | + | Email/Text: EBN@edfinancial.com | May 16 2024 18:37:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 5180852 | | Email/Text: bankruptcy@usalliance.org | May 16 2024 18:37:00 | USAlliance Federal Credit Union, 300 Apollo Drive, Chelmsford, MA 01824 |
| 5178927 | | Email/Text: bankruptcy@usalliance.org | May 16 2024 18:37:00 | Usalliance Federal Cr, 600 Midland Avenue, Rye, NY 10580 |
| 5178928 | | Email/Text: membersolutions@wefloridafinancial.com | May 16 2024 18:37:00 | We Florida Financial, Attn: Bankruptcy, Po Box 14548, Fort Lauderdale, FL 33302 |

TOTAL: 37

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5178917 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 5178918 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 5178919 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 5208452 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5178926 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt, & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 5263184 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2024  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Michael Patrick Farrington | on behalf of Creditor Freedom Mortgage Corporation mfarrington@kmllawgroup.com |
| Nicholas G. Platt | on behalf of Debtor 2 Rachel Lynn Craig ngp@mooney4law.com  plattnr61895@notify.bestcase.com |
| Nicholas G. Platt | on behalf of Debtor 1 Kevin Michael Craig ngp@mooney4law.com  plattnr61895@notify.bestcase.com |

| | | |
|---|---|---|
| Robert Joseph Davidow | | on behalf of Creditor MORTGAGE RESEARCH CENTER ET.AL. r.davidow@mgplaw.com |
| Stephen Wade Parker | | on behalf of Debtor 2 Rachel Lynn Craig wparker@etzweilerwithers.com Parker.WadeR106314@notify.bestcase.com |
| Stephen Wade Parker | | on behalf of Debtor 1 Kevin Michael Craig wparker@etzweilerwithers.com Parker.WadeR106314@notify.bestcase.com |
| Thomas Song | | on behalf of Creditor MORTGAGE RESEARCH CENTER ET.AL. tomysong0@gmail.com |
| United States Trustee | | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Kevin Michael Craig,

    **Debtor 1**

Rachel Lynn Craig,
fka Rachel Lynn Smith,

    **Debtor 2**

Chapter    13

Case No.    1:19−bk−01283−HWV

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: May 16, 2024

ordsmiss (05/18)